**Electronically Filed
Supreme Court
SCOT-21-0000675
14-DEC-2021
01:28 PM
Dkt. 7 ORD**

SCOT-21-0000675

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN THE MATTER OF DIANNE K. HOAPILI, Plaintiff.

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the document filed by Dianne K. Hoapili, entitled, "Declaration of Divine Lovelore/Law Truth Affidavit," which was filed as a complaint on November 29, 2021, this court lacks jurisdiction to consider the complaint and provide the requested relief. <u>See</u> HRS § 602-5. Therefore,

It is ordered that the complaint is dismissed.

It is further ordered that the clerk of the appellate court shall process the complaint without payment of the filing fee.

DATED: Honolulu, Hawai'i, December 14, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

